# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PARTIDA VARGAS, ) | 1:08-cv-01592 YNP [DLB] (HC) |
| ) | |
| Petitioner, ) | ORDER TO FILE ANSWER TO PETITION |
| ) | FOR WRIT OF HABEAS CORPUS |
| v. ) | |
| ) | |
| NEIL H. ADLER, Warden, ) | |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 25, 2010, this Court granted Respondent's motion to dismiss with regards to Ground Two of the petition and denied with regards to Ground One. (Doc. #14).

Respondent is hereby ORDERED to file an answer to Ground One of the petition for writ of habeas corpus within thirty (30) days of this order. For all filings past Respondent's answer, please refer to this Court's July 14, 2009, order directing Respondent to respond.

IT IS SO ORDERED.

Dated: **February 27, 2010**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE